﻿Citation Nr: AXXXXXXXX
Decision Date: 05/29/20 Archive Date: 05/29/20

DOCKET NO. 200303-67027
DATE: May 29, 2020

REMANDED

Entitlement to a higher rate of VA non-service-connected disability pension benefits for 2019 and 2020 is remanded.

REASONS FOR REMAND

The Veteran had honorable active military service from July 1951 to July 1954.

This matter comes before the Board of Veterans’ Appeals (Board) on appeal from a Department of Veterans Affairs (VA) Pension Management Center (PMC)’s December 2019 decision establishing the Veteran’s entitlement to non-service-connected disability pension benefits. The Veteran has disagreed with the amount of benefits awarded.

Entitlement to a higher rate of VA non-service-connected disability pension benefits for 2019 and 2020 is remanded.

The Board finds that remand is necessary due to a pre-decisional error because the Board is unable to figure out the PMC’s calculations for income and the amount of benefit being paid to the Veteran. 

The amount of countable income reported in the December 2019 Higher Level Review rating decision used in calculating the Veteran’s net worth ($2,921) does not match the amount of countable income the PMC reported in the notice letter used to calculate the Veteran’s pension entitlement ($1,571). Furthermore, the amounts the PMC reported it counted as income in the rating decision and the notice letter do not match. The monthly income reported as being counted in the rating decision totals $5,927, which is $71,126 for the year. However, the annual income reported in the notice letter only totals $69,874. Moreover, when looking at the breakdown of income listed in the notice letter, the Board can only confirm the Social Security benefits the Veteran and his spouse received. The amounts reported for retirement and other income cannot be correlated with the monthly income reported by the Veteran or counted by the PMC in the rating decision. However, the monthly income amounts reported as counted in the rating decision correlate directly with what the Veteran reported on his initial application, including counting the income from Midland National that was previously missed in the October 2019 decision.

Other than those shown in the rating decision, the PMC has not provided its calculations for the Veteran’s income and, given the above, the Board is unable to determine how the PMC calculated the countable income of $1,571 listed in the notice letter. Thus, remand is necessary for the PMC to provide its calculations of the Veteran’s countable income.

Furthermore, the Board finds that the PMC needs to provide its calculations as to how it determined the Veteran’s monthly benefit payment. The notice letter indicates the Veteran’s monthly benefit as of May 1, 2019 is $322 and that amount increased to $323 as of February 1, 2020. However, from the Board’s calculations using the countable income of $1,571 listed in the notice letter, the Veteran should have received a monthly benefit of $2,099 starting May 1, 2019. The applicable MAPR is $26,766 because the Veteran has one dependent and in an October 2019 rating decision was found to meet the criteria for special monthly pension based on the need for aid and attendance, excepting the net worth requirement. Therefore, $1,571 subtracted from $26,766 is $25,195, which is $2,099 when divided by 12 to arrive at the monthly benefit. 

As of February 1, 2020, the applicable MAPR is $27,165. The Veteran’s income increased to $70,416 because of increases in his and his spouse’s Social Security benefits for 2020. Total unreimbursed medical expenses allowed prospectively were $69,334, with a $900 deductible. Based on these numbers, the Veteran’s countable income is $1,982 and his monthly benefit as of February 1, 2020 should be $2,098.

Thus, it appears that the Veteran was supposed to receive $2,099 and $2,098 as of May 1, 2019 and February 1, 2020, respectively, but he has only been paid $322 and $323, respectively. However, the reason why the Veteran is receiving only $322 and $323 is unclear. There is nothing in the notice letter or the claims file to explain this discrepancy. Therefore, the Board finds that remand is necessary for the PMC to review the payments sent to the Veteran and provide an explanation as to why he is receiving the lower payment if the amounts of $322 and $323 are correct.

The matters are REMANDED for the following action:

1. Review the amounts reported as countable income in the December 2019 rating decision and notice letter and, if the countable income as reported in the notice letter is deemed correct, provide a detailed calculation of how this countable income was derived.

2. Review the monthly benefit payments of $322 as of May 1, 2019 and $323 as of February 1, 2020 as shown in the December 2019 notice letter to determine their accuracy given the discrepancies the Board has identified in this remand indicating that a higher rate of benefit should have been paid to the Veteran. If the original monthly benefits payments of $322 and $323 are deemed 

 

correct, provide a detailed explanation or calculation as to how these amounts were derived.

 

 

M. C. GRAHAM

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board S.M. Kreitlow, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.